# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MGRS, a Minor by and through her Next Friend/Guardian BIANCA SOTELO,

    Plaintiff,

vs.

ALLEN PARK PUBLIC SCHOOLS and MARILEE SONCRANT,

    Defendants.

Civil Action No. 20-10625
Hon. Robert H. Cleland
Magistrate Judge Anthony P. Patti

_____

| | |
|---|---|
| JORDAN S. VAHDAT (P79237) **VAHDAT WEISMAN, PLC** *Attorneys for Plaintiff* 17197 N. Laurel Park Dr. Ste. 500 Livonia, MI 48152 (313) 949-3548 attorney@thevwlaw.com | TIMOTHY J. MULLINS (P28021) JOHN L. MILLER (P71913) **GIARMARCO, MULLINS & HORTON, P.C.** *Attorneys for Defendants* 101 W. Big Beaver Road, 10th Floor Troy, MI 48084-5280 (248) 457-7020 tmullins@gmhlaw.com jmiller@gmhlaw.com |

_____

### ORDER APPROVING SETTLEMENT ALLOCATION AND DISMISSING THE CASE WITH PREJUDICE AS TO ALL PARTIES

The court has considered Plaintiff's Motion to Approve Settlement Allocation of Proceeds as to minor Plaintiff, the accompanying Brief in Support, and the July 15, 2020, Joint Letter filed by the parties;

**IT IS ORDERED** that Plaintiff's Motion to Approve Settlement Allocation

of Proceeds as to minor Plaintiff is hereby GRANTED.

**IT IS FURTHER ORDERED** that upon review the Court approves of the total settlement amount and orders Settlement allocation as follows:

| | |
|---|---|
| Total Settlement: | $7,500.00 |
| Litigation Costs: | -$806.00 |
| Attorney Fees: | -$2,231.33 |
| Client Amount: | $4,462.67 |

**IT IS FURTHER ORDERED** that Next Friend BIANCA SOTELO must keep the minor Plaintiff's settlement proceeds of $4,462.67 in an interest-bearing account in both the name of the Next Friend and minor Plaintiff until the minor Plaintiff turns eighteen (18) years of age, at which point the minor Plaintiff would have the exclusive right and use of said funds.

*This is a final Order and closes the case with prejudice as to all parties*.

SIGNED this 30th day of July, 2020.

                 _s/Robert H. Cleland_
                 UNITED STATES DISTRICT JUDGE